# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1444. DAVID BRITT v. THE STATE.**

In 2015, David Britt pled guilty to failing to register as a sex offender, and the trial court sentenced him to eight years, with 421 days to serve in confinement and the remainder on probation. In 2017, Britt filed a motion to vacate a void sentence and conviction. The trial court denied the motion, and Britt appeals.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed. See id. at 218 (2); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). A direct appeal may lie from an order denying a motion to vacate or correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void. See *Harper*, supra at 217 n.1; *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013). Thus, when a sentence is within the statutory range of punishment, it is not void. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).

Here, Britt asserts that he has already served his sentence for the underlying sex crime. He contends that any requirement that he register for a lifetime as a sex offender is thus void. This argument, however, has been rejected by the Supreme Court. See *Hollie v. State*, 287 Ga. 389, 390-391 (2) (696 SE2d 642) (2010). Because

Britt's sentence falls within the statutory range of punishment, he has not alleged a colorable void sentence claim. See OCGA § 42-1-12 (n) (punishment ranges from one to 30 years).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   05/15/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*